WILLIAM MILLS ET AL., PLAINTIFFS IN ERROR, v. JOHN BAIZLEY, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Thomas B. Harned* and *John J. Crandall.*

For the defendant in error, *Edward Ambler Armstrong.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHIEF JUSTICE, GUMMERE, MAGIE, REED, VAN SYCKEL, SIMS.　6.

*For reversal*—DIXON, LIPPINCOTT, BOGERT, BROWN.　4.

# CORRECTION.

In the case of *Michael Meyer, plaintiff in error*, v. *Sybilla Krauter, defendant in error*, reported in 27 *Vroom* 696, the vote of the Court of Errors and Appeals was incorrectly reported.

The judgment below was reversed and the vote of the court was as follows:

*For affirmance*—THE CHANCELLOR. 1.

*For reversal*—ABBETT, GARRISON, LIPPINCOTT, MAGIE, VAN SYCKEL, BOGERT. BROWN, SMITH. 8.

712